## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| EDWARD LENTZ, on Behalf of Himself and All Other Employees Similarly Situated | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | Civil Action No. 5-06CV0285-C ECF |
| SPANKY'S RESTAURANT II, INC. d/b/a DOUBLE NICKEL STEAKHOUSE | § § § § | |
| Defendant. | § § | Collective Action |

### AFFIDAVIT OF EDWARD LENTZ

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

On this day, Edward Lentz appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

1. "My name is Edward Lentz. I am over the age of twenty-one years, of sound mind, and competent to make this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct.

2. I was employed by Spanky's Restaurant II, Inc. d/b/a Double Nickel Steakhouse and Lady West Enterprises, Ltd., d/b/a Double Nickel Steakhouse (collectively referred to as "Double Nickel") from September, 2005 to May, 2006. During this period of employment, I worked as waiter.

3. During my tenure at Double Nickel, I was paid an hourly wage of $2.13 plus tips from a tip pool. I regularly received more than $30.00 a month in tips. I was required to share tips with non-service personnel such as kitchen expediters who strictly worked in the kitchen and never interacted with customers. After I left employment of the Double Nickel, the manager was included in the tip pool.



EXHIBIT

A

4. Other employees of Double Nickel were similarly required to include non-service personnel in their tip pool. Specifically, I am aware of many waitstaff who had to include kitchen expediters and others in their tip pools. There was a uniform policy at Double Nickel whereby all waitstaff were required to include non-service personnel, such as kitchen expediters, in their tip pool.

5. There were approximately 20 other waitstaff working for Double Nickel during my tenure there. I would interact with these people every day and we would often talk about the fact that we had to include non-service personnel in our tip pool."

**FURTHER AFFIDAVIT SAITH NOT.**

_Edward Lentz_
Edward Lentz

**SUBSCRIBED AND SWORN TO BEFORE ME**, on this 14th day of March, 2007, by Edward Lentz.

CLIFTON BLAKE ARMAND
Notary Public, State of Texas
My Commission Expires
November 09, 2008

_Clifton Blake Armand_
Notary Public in and for
The State of Texas

2