IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| EDWARD LENTZ, on Behalf of Himself and All Other Employees Similarly Situated | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | Civil Action No. 5-06CV0285-C |
| SPANKY'S RESTAURANT II, INC. d/b/a DOUBLE NICKEL STEAKHOUSE | § § § § | |
| Defendant. | § | Collective Action |

**CONSENT TO JOIN COLLECTIVE ACTION**
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to be a party plaintiff in a collective action brought in United States District Court for the Northern District of Texas entitled *Edward Lentz, on Behalf of Himself and All Other Employees Similarly Situated v. Spanky's Restaurant II, Inc. d/b/a Double Nickel Steakhouse*, to recover unpaid overtime wages and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable federal and state laws. I hereby authorize Albert T. Van Huff of the law firm Monshaugen & Van Huff, P.C. to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a Plaintiff herein and to be bound by any settlement of this action of adjudication by the Court.



EXHIBIT B

1-16-07
Date Signed

[Signature]
Signature

Sherman Sholars
Printed Name

3408 70th #B
Address

Lubbock    TX    79413
City    State    Zip

806-789-9311
Telephone Number

swsholars@yahoo.com
E-Mail Address

To join the collective action for FLSA claims, you must complete this consent from, sign your name where indicated, and either file it directly with the Court or send it to Plaintiff's counsel at the following address:

Albert T. Van Huff
MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, Texas 77008
Tel. (713) 880-2992
Fax (713) 880-5297

2