**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | |
|---|---|
| **EDWARD LENTZ, on Behalf of Himself and All Other Employees Similarly Situated** § § § § | |
| **V.** § § | |
| **SPANKY'S RESTAURANT II, INC. D/B/A DOUBLE NICKEL STEAKHOUSE; LISA B. WEST; LADY WEST ENTERPRISES, LTD. D/B/A DOUBLE NICKEL STEAKHOUSE** § § § § § | **NO. 5-06-CV-285-C** **ECF** |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE SAM R. CUMMINGS, UNITED STATES DISTRICT JUDGE PRESIDING:

Plaintiff, EDWARD LENTZ, on behalf of himself and all other employees similarly situated, including Sherman Sholars, files this Agreed Motion to Dismiss With Prejudice, and respectfully show the Court that Plaintiff, EDWARD LENTZ, on behalf of himself and all other employees similarly situated, including Sherman Sholars, desire to dismiss their respective claims against all Defendants with prejudice with costs charged to the party by whom incurred, and Defendants dismiss their claims for attorneys' fees with prejudice.

WHEREFORE, Plaintiff prays that this cause be dismissed with prejudice with costs charged to the party by whom incurred.

Respectfully submitted,

 s/ Fernando M. Bustos
FERNANDO M. BUSTOS
Texas Bar No. 24001819
fbustos@mhbg.com
McCLESKEY, HARRIGER, BRAZILL
    & GRAF, L.L.P.

>P.O. Box 6170
>Lubbock, Texas 79493
>806-780-3976
>806-796-7365 - facsimile
>
> s/ Albert T. Van Huff
>ALBERT T. VAN HUFF
>Texas Bar No. 24028183
>1225 North Loop West, Suite 640
>Houston, TX  77008
>(713) 880-2992
>(713) 880-5297 - facsimile
>ATTORNEY FOR PLAINTIFF

OF COUNSEL:

MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, TX  77008
(713) 880-2992
(713) 880-5297 - facsimile

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of May, 2007, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic filing system sent a "Notice of Electronic Filing" to the following parties, all of whom have consented in writing to accept this Notice as service of this document by electronic means.

> s/ Fernando M. Bustos
>FERNANDO M. BUSTOS

Albert T. Van Huff
MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, TX  77008
al@vanhuff.com